SCHEIER, Respondent, *v.* METROPOLITAN EL. RY. CO. *et al.*, Appellants.

*(Superior Court of New York City, General Term.　May 2, 1892.)*

Appeal from judgment on report of referee.

Action by Rosa Scheier against the Metropolitan Elevated Railway Company and another.

Argued before SEDGWICK, C. J., and FREEDMAN and McADAM, JJ.

*Davies & Rapallo,* for appellants.　*Sackett & Bennett,* for respondent.

PER CURIAM.　The judgment should be modified by requiring the plaintiff, at the time of the delivery of her deed, as in said judgment provided, to also deliver to the defendants a release of the property, duly executed by the holder of the two mortgages found by the referee to exist upon the premises pursuant to the sixty-fourth request of the defendants, at page 45 of the case, and, as thus modified, it should be affirmed, without costs to either party on this appeal.

---

WENNEMER, Respondent, *v.* BRAENDER, Appellant.

*(Superior Court of New York City, General Term.　May 2, 1892.)*

Appeal from jury term.

Action by Frank Wennemer against Philip Braender.

Argued before SEDGWICK, C. J., and FREEDMAN and McADAM, JJ.

*Lewis Sanders,* for appellant.　*Philip L. Wilson,* for respondent.

PER CURIAM.　Several of the exceptions have no substantial basis. Sometimes the questions objected to were not answered, and sometimes questions not allowed are answered without objection by the witness at a later stage of his testimony. Sometimes exceptions are made in an incorrect view of the pleadings. All other exceptions relate to matter which could have had no injurious effect upon appellant's rights before the jury. Judgment and order affirmed, with costs.

---

ZIMMER *et al.*, Respondents, *v.* METROPOLITAN EL. RY. CO. *et al.*, Appellants.

*(Superior Court of New York City, General Term.　May 2, 1892.)*

Appeal from judgment on report of referee.

Action by Gustav Zimmer and another against the Metropolitan Elevated Railway Company and another.

Argued before SEDGWICK, C. J., and FREEDMAN and McADAM, JJ.

*Davies & Rapallo,* for appellants.　*Sackett & Bennett,* for respondents.

PER CURIAM.　The judgment should be modified by requiring the plaintiffs, at the time of the delivery of their deed, as in said judgment provided, to also deliver to the defendants a release of the property duly executed by the mortgagee of the premises mentioned in the thirty-seventh finding of fact, and, as thus modified, it should be affirmed, without costs to either party on this appeal.